UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>　　　　　　　　Plaintiff,<br>v.<br>MARTHA SIMAS, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:23-cv-00521-MMD-CLB<br><br>ORDER |

　　　Plaintiff seeks an extension of time to file his second amended complaint. (ECF No. 12.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　It is therefore ordered that Plaintiff's motion for extension of time (ECF No. 12) is granted. Plaintiff has until September 6, 2024, to file his second amended complaint.

　　　DATED THIS 29th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE