# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT HARTMAN, *et al.,*<br><br>  Defendants. | Case No. 3:23-cv-00521-MMD-CLB<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>[ECF No. 32] |

Before the Court is Plaintiff Richard Johnston's ("Johnston") motion to stay case, (ECF No. 32). Johnston requests a 90-day stay of this case so a separate, but related case—3:23-cv-00408-MMD-CLB—can be adjudicated. (*Id.*) Defendants filed a non-opposition to the motion. (ECF No. 33.)

It is well established that district courts have the inherent power to control their dockets and manage their affairs; this includes the power to strike or deny motions to streamline motion practice and promote judicial efficiency. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404–05 (9th Cir. 2010); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Additionally, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254. When exercising that discretion, courts are guided by the goals of securing the just, speedy, and inexpensive resolution of actions. *See* FED. R. CIV. P. 1.

To that end, the Court considers several articulated factors when deciding whether to stay a case: "the competing interests which will be affected by the granting or refusal to grant a stay must be weighed" including the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from

1  a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

2     The Court has considered these factors and finds, in the exercise of its sound
3  discretion, that a brief stay of these proceedings for 90 days is appropriate.

4     For good cause appearing, **IT IS ORDERED** that Johnston's motion to stay case,
5  (ECF No. 32), is **GRANTED**.

6     **IT IS FURTHER ORDERED** that this action is **STAYED** for 90 days from the date
7  of this order, at which point the stay shall be automatically lifted.

8     **IT IS SO ORDERED.**

9     **DATED**: May 5, 2025            .

_____
**UNITED STATES MAGISTRATE JUDGE**

2