UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD JOHNSTON, | Case No. 3:23-CV-00521-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER STRIKING NOTICE** |
| v. | [ECF No. 57] |
| ROBERT HARTMAN, *et al.*, | |
| Defendants. | |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. Specifically, GO 2021-05(3)(d) provides:

> Parties must **not** file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. Parties must **not** use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. Improperly filed "notices" or "letters" will be stricken from the docket.

On October 16, 2025, Plaintiff Richard Johnston ("Johnston") filed a notice making several allegations against the prison's medical staff and asking the Court to order various things. (ECF No. 57.) This violates GO 2021-05(3)(d) because it is not about a procedural change and because it asks the Court to rule on something. If Johnston wants the Court to rule on an issue, he must file a motion in accordance with GO 2021-05 and the Local Rules.

**IT IS THEREFORE ORDERED** that the notice, (ECF No. 57), is **DENIED and STRICKEN**.

DATED: October 17, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**