UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD JOHNSTON, | Case No. 3:23-CV-00521-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S LETTER** |
| v. | [ECF No. 59] |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

On November 3, 2025, Plaintiff Richard Johnston ("Johnston") filed a letter with the Court. (ECF No. 59.) The letter indicates the law library at Johnston's institution, Northern Nevada Correctional Center ("NNCC"), has not been distributing electronically filed documents for over two weeks. (*Id.*) Johnston therefore requests the Court provide him a copy of a notice he previously filed, (ECF No. 57). (*Id.*)

As a threshold matter, pursuant to the Court's General Order No. 2021-5, dated Oct. 13, 2021, Section 3(d), parties must not file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel. Parties must not use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. The Court cautions Johnston that any further improperly filed "notices" or "letters" will be stricken from the docket without addressing any relief sought within.

However, in light of the issues with the law library at NNCC, the Court will grant Johnston's request to be sent a copy of his previously filed notice, (ECF No. 57). The Court will also send Johnston a copy of the order denying and striking the notice as improperly filed, (ECF No. 58).

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk's Office re-send Johnston's notice, (ECF No. 57) and the order denying and striking the notice, (ECF No. 58) to Johnston.

**DATED**: November 3, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**