# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD JOHNSTON, | Case No. 3:23-CV-00521-MMD-CLB |
| Plaintiff, | **ORDER FOR EXPEDITED BRIEFING RE PLAINTIFF'S MOTION FOR COURT INTERVENTION** |
| v. | |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, | [ECF No. 61] |
| Defendants. | |

Before the Court is Plaintiff Richard Johnston's ("Johnston") motion for court intervention and/or sanctions against Defendants. (ECF No. 61.) The motion, filed on November 17, 2025, concerns changes to Johnston's prescription for Lyrica. (*Id.*) On September 24, 2025, the Court ordered that "the status quo remain in place as to Mr. Johnston's prescription for Lyrica and further orders that Mr. Johnston shall continue to receive Lyrica for the pendency of this litigation. If changes are made, the parties shall meet and confer and file a status report regarding the change." (ECF No. 54 at 2.)

Johnston explains that on October 9, 2025, Deputy Attorney General Nathan Claus called Johnston and informed him that his Lyrica prescription would be reduced from 300 mg twice daily to 200 mg twice daily. (*Id.* at 2.) Johnston later states that his prescription has been reduced to 150 mg twice daily. (*Id.*) Johnston points out that while a meet and confer technically occurred, no status report has been filed regarding the change and he does not agree with the changes being made to his Lyrica prescription. (*Id.*) However, no status report regarding the change in prescription has been filed.

**IT IS THEREFORE ORDERED** that Defendants respond to Johnston's motion, (ECF No. 61), on or before **Tuesday, November 25, 2025**.

**IT IS SO ORDERED**.

**DATED**: November 18, 2025.

**UNITED STATES MAGISTRATE JUDGE**