**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RICHARD JOHNSTON,

                                    Plaintiff,

        v.

HARTMAN, *et al.*,

                                    Defendants.

Case No. 3:23-CV-00521-MMD-CLB

**ORDER STRIKING IMPROPER SURREPLIES**

[ECF Nos. 90, 91, 92, 93]

Before the Court are four surreplies filed by Plaintiff Richard Johnston ("Johnston"). (ECF Nos. 90, 91, 92, 93.) Pursuant to the Court's Local Rules, surreplies are *not* permitted without leave of court. LR 7-2(b). The Court may strike supplemental filings made without leave. LR 7-2(g); LR IC 7-1. Furthermore, on October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. The filing of surreplies without leave of court is also prohibited under this general order. GO 2021-05, § 3(b). As Johnston did not receive leave of court to file a surreply, Johnston's surreplies, (ECF Nos. 90, 91, 92, 93), are hereby **STRICKEN**.

        **IT IS SO ORDERED.**

        **DATED**: January 26, 2026.

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**