**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RICHARD JOHNSTON,

                       Plaintiff,

    v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

                     Defendants.

Case No. 3:23-cv-00521-MMD-CLB

**ORDER GRANTING MOTION TO STAY AND ABEY**

[ECF No. 99]

Before the Court is Plaintiff Richard Johnston's motion to stay and abey this case for 90 days. (ECF No. 99.) Plaintiff requests this stay to permit him to focus on establishing his residence and other needs following his upcoming release from prison, which is scheduled to take place at the end of March 2026. No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. For all these reasons, the Court finds good cause exists to stay this case for 90 days from the date of this order. Accordingly,

**IT IS SO ORDERED** that Plaintiff's motion stay and abey, (ECF No. 99), is **GRANTED** and this case is stayed until **Tuesday, June 2, 2026**.

**IT IS FURTHER ORDERED** that no later **Tuesday, June 16, 2026**, the parties shall file an updated proposed discovery plan and scheduling order for the Court's review.

**DATED**: _March 4, 2026_ .

_____
**UNITED STATES MAGISTRATE JUDGE**