UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD JOHNSTON,

Plaintiff,

v.

ROBERT HARTMAN, *et al.*,

Defendants.

Case No. 3:23-CV-00521-MMD-CLB

**ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES AND ADDRESSING MISCELLANEOUS ISSUES**

[ECF No. 101]

Currently pending before the Court is Plaintiff Richard Johnston's ("Johnston") motion to consolidate cases. (ECF No. 101.) For the reasons stated below the Court denies Johnston's motion. Furthermore, the Court will address the parties' failure to file a proposed discovery plan and scheduling order, and a filing that was returned to the Court as undeliverable.

## I. DISCUSSION

### A. Motion to Consolidate

The Court will first address Johnston's motion to consolidate. Johnston seeks to consolidate discovery in the instant case with another case he filed, 3:23-CV-00408-MMD-CLB. (ECF No. 101.) Johnston states both cases "share common questions of law or fact" and should be managed together to promote judicial efficiency. (*Id.*) The Court has reviewed the screening orders in both cases and disagrees. In the instant case Johnston asserts claims related to delay in medical treatment and being denied access to his medical records. (ECF No. 22 at 3-8.) In his other case, however, Johnston asserts claims related to allegedly being denied counsel, denied access to the courts, and being prevented from mailing his medical records. (ECF No. 17 at 3-8 in 3:23-CV-00408-MMD-CLB.) Thus, Johnston's two cases involve different legal and factual issues and there is not a basis to consolidate these cases. Accordingly, his motion to consolidate discovery is denied.

**B. Discovery Plan**

The Court will next address the parties' failure to file an updated discovery plan and scheduling order ("DPSO"). On March 4, 2026, the Court stayed this case for 90 days to allow Johnston time to get established since he had been paroled. (ECF No. 100.) The Court ordered the parties to submit an updated DPSO no later than 14 days after the stay was lifted. (*Id.*) The parties failed to comply with that order and the Court granted a *sua sponte* extension for the parties to file the DPSO on or before July 2, 2026. (ECF No. 104.) On July 1, Defendants filed a motion to extend that deadline to August 3, 2026. (ECF No. 105.) Defendants represented they had met and conferred with Johnston and mailed him a copy of the updated DPSO to sign, but they needed additional time to finalize the document. (*Id.*) Relying on Defendants' representations, the Court granted the motion. (ECF No. 105.) To date, the parties have failed to submit an updated DPSO.

This is the second time the parties have ignored this Court's order to file an updated DPSO. The Court will grant the parties a final *sua sponte* extension up to August 21, 2026, to submit an updated DPSO. If the parties fail to comply the Court will issue an order to show cause as to why sanctions should not be imposed.

**C. Undeliverable Filing**

Lastly, the Court will address a filing that was returned as undeliverable. The Court sent Johnston a copy of its order granting Defendants' motion to extend the deadline to file an updated discovery plan to August 3. However, on July 23, 2026, the letter was returned as undeliverable. (ECF No. 107.) Upon inspection it appears the letter was unable to be delivered due to a typo in Johnston's address. Accordingly, the Court orders a copy of ECF No. 106 be resent to Johnston's proper address.

///

///

///

///

///

## II. CONCLUSION

**IT IS THEREFORE ORDERED** that Johnston's motion to consolidate cases, (ECF No. 101), is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall submit an updated discovery plan and scheduling order on or before **Friday, August 21, 2026**. If the parties fail to comply the Court will issue an order to show cause as to why sanctions should not be imposed.

**IT IS FURTHER ORDERED** that the Clerk shall **RESEND** a copy of ECF No. 106 to Johnston at **515 S. Virginia St. #328 Reno, NV 89501**.

**DATED**: August 10, 2026.

**UNITED STATES MAGISTRATE JUDGE**