**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RICHARD JOHNSTON,

Plaintiff,

v.

MARTHA SIMAS, *et al.*,

Defendants.

Case No. 3:23-CV-00521-MMD-CLB

**ORDER RE DEFENDANTS' STATUS REPORT**

[ECF No. 109]

On August 10, 2026, the Court ordered the parties to file an updated discovery plan and scheduling order ("DPSO") on or before Friday, August 21, 2026. (ECF No. 108.) The Court explicitly stated that "[i]f the parties fail to comply the Court will issue an order to show cause as to why sanctions should not be imposed." (*Id.* at 3.)

On August 20, 2026, Defendants filed a status report regarding the Court's August 10, 2026 Order, explaining that an updated DPSO had not been filed due to issues communicating with Plaintiff Richard Johnston ("Johnston"). (ECF No. 109.) Counsel for Defendants sent a proposed DPSO to the address Johnston provided, but the letter was returned as undeliverable. (ECF No. 109 at 1.) Counsel for Defendants also attempted to call Johnston at the number provided, but the call was not accepted and a message stated that number was not accepting calls. (*Id.* at 2.) Counsel thereafter sent another letter to Johnston's listed address, and no response has been returned. (*Id.*) Defendants also provided a proposed DPSO. (ECF No. 109-1.)

Based on his failure to comply with the Court's August 10, 2026 Order, **IT IS THEREFORE ORDERED** that Johnston shall respond to Defendants' status report, (ECF No. 109), and provide his own proposed DPSO, on or before **Monday, September 9, 2026**.

///

///

**IT IS FURTHER ORDERED** that if Johnston does not comply or otherwise respond, the Court may recommend dismissal of this case based on Johnston's failure to comply with the Court's orders or otherwise prosecute the case.

**IT IS SO ORDERED**.

**DATED**: August 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**